James E. KEEGAN, Plaintiff–Appellant,

v.

KAISER PERMANENTE, a/k/a Kaiser Foundation Health Plan of the Mid–Atlantic States, Incorporated, Defendant–Appellee.

No. 02–2418.

United States Court of Appeals, Fourth Circuit.

Submitted May 29, 2003.

Decided June 3, 2003.

James E. Keegan, Appellant Pro Se. Brian Edward Messaris, Tydings & Rosenberg, Baltimore, Maryland, for Appellee.

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

James E. Keegan appeals the district court's order dismissing his civil complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Keegan v. Kaiser Permanente*, No. CA–02–1426–A (E.D. Va. filed Nov. 15, 2002, and entered Nov. 20, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*